## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **PHYSICIANS WELLNESS GROUP, INC., et al.** | § § § | |
| **V.** | § § | **CIVIL ACTION NO. 4:22-CV-597-BJ** |
| **MOONI USA, LLC, et al.** | § § | |

## SECOND ORDER REGARDING DEFENDANTS' POST-JUDGMENT MOTIONS

In the Court's First Order Regarding Defendants' Post-Judgment Motions ("First Order") [190], the Court made various rulings conditioned on Plaintiffs accepting a remittitur of damages. On December 15, 2025, the Plaintiffs informed "the Court that Plaintiffs accept[ed] the remitted damages" [doc. 191].

Based on the foregoing, and as further explained in the Court's First Order, it is **ORDERED** that Defendant Mooni USA, LLC and Jake Michel's Rule 50(B) Motion for Judgment as a Matter [of] Law, Motion for New Trial, and Motion for Remittitur are **PARTIALLY DENIED** and **PARTIALLY GRANTED** as set forth below.

As to Defendants' Motion for Judgment as a Matter of Law, it is **GRANTED** only to the extent that the Court will enter judgment that Plaintiffs take nothing on (1) Physicians Wellness Group's ("PWG") fraudulent inducement claim and Zareou Manufacturing USA's ("Zareou") negligent misrepresentation claim, and (2) Zareou's fraudulent inducement claim against Michel.

Further, the Court **DENIES** the Motion for New Trial and **GRANTS** the Motion for Remittitur. As to Zareou's fraudulent inducement claim, the damages are now $878,199.90. As to PWG's negligent misrepresentation claim, the damages are now $89,000.

SIGNED December 17, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE