**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PHYSICIANS WELLNESS GROUP, INC. and ZAREOU MANUFACTURING USA, INC. d/b/a ZAREOU MANUFACTURING,** | §§§§§§§ | |
| **Plaintiffs,** | §§ | |
| **v.** | §§ | **Case No. 4:22-cv-00597-BJ** |
| **MOONI, LLC d/b/a MOONI, LTD., MOONI USA, LLC, JAKE MICHEL, STAFFAN BERN, PATRIK BERN, MOHAMED AKROUF, and THE PERRY LAW FIRM APLC,** | §§§§§§§ | |
| **Defendants.** | §§ | |

## FINAL JUDGMENT

A jury trial before the Court on the claims of Plaintiffs Physicians Wellness Group, Inc. ("PWG") and Zareou Manufacturing USA, Inc. d/b/a Zareou Manufacturing ("Zareou") against Defendants Mooni USA, LLC ("Mooni USA"), Jake Michel ("Michel"), and The Perry Law Firm APLC ("PLF") commenced on February 10, 2025.  Following the jury's deliberation on February 12, 2025, the jury returned a unanimous verdict.  By order dated November 25, 2025, the Court remitted damages awarded by the jury and ruled on various post-trial motions [190].

In consideration of the jury's verdict and the Court's subsequent rulings, the Court hereby **ENTERS FINAL JUDGMENT** as follows:

On PWG's claim for negligent misrepresentation, Michel is found liable.  An award on this claim is entered in favor of PWG and against Michel in the amount of $89,000.00.

On PWG's claim for exemplary damages, Michel is found to have acted in a fraudulent, grossly negligent, and/or malicious manner with respect to PWG. An award of exemplary damages is entered in favor of PWG and against Michel in the amount of $0.00.

PWG shall take nothing on: (i) its claim of fraudulent inducement; (ii) its claim of negligent misrepresentation against Mooni USA; and (iii) all claims asserted against PLF.

On Zareou's claim for fraudulent inducement, Mooni USA is found liable. An award on this claim is entered in favor of Zareou and against Mooni USA in the amount of $878,199.90.

On Zareou's claim for exemplary damages, Mooni USA and Michel are found to have acted in a fraudulent, grossly negligent, and/or malicious manner with respect to Zareou. An award of exemplary damages is entered in favor of Zareou and against Mooni USA and Michel in the amount of $0.00.

Zareou shall take nothing on: (i) its claim of negligent misrepresentation; (ii) its claim of fraudulent inducement against Michel; and (iii) all claims asserted against PLF.

Post-judgment interest shall accrue on the entire amount at a rate of 3.48% from the date this judgment is entered on the docket until paid.

Any request for relief not expressly awarded herein is denied. All taxable costs of Court are assessed in favor of the prevailing parties. This judgment resolves all matters at issue in this case. This judgment is a final, appealable order.

SIGNED January 7, 2026.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE